## EXHIBIT A

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice Number | Invoice Amount | Transferring Debtor | Transfer Date | Transfer Number | Transfer Amount |
|---|---|---|---|---|---|---|
| 4/28/2023 | 212854 | $14,947.80 | Vesttoo UK Ltd. | 8/8/2023 | 37 | ($15,264.84) |
| 5/31/2023 | 214613 | $24,202.47 | Vesttoo UK Ltd. | 8/8/2023 | 37 | ($24,910.07) |
| 7/6/2023 | 215649 | $57,274.88 | Vesttoo UK Ltd. | 8/8/2023 | 37 | ($57,233.71) |
| 7/24/2023 | 216543 | $12,557.30 | Vesttoo UK Ltd. | 8/8/2023 | 37 | ($12,446.35) |
| 8/3/2023 | 216739 | $18,881.19 | Vesttoo UK Ltd. | 8/8/2023 | 37 | ($18,958.98) |

**TOTAL TRANSFERS:** **$128,813.95**