### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> VESTTOO LTD., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-11160 (MFW) <br><br> (Jointly Administered) |
| VESTTOO CREDITORS LIQUIDATING TRUST, <br><br> Plaintiff, <br><br> v. <br><br> BRISTOWS LLP, <br><br> Defendant. | Adv. Proc. No. 25-51996 |

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of service of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: |
|---|
| 824 N. Market Street, 3rd Floor |
| Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| | |
|---|---|
| Karen C. Bifferato, Esq. <br> CONNOLLY GALLAGHER LLP <br> 1201 North Market Street, 20th Floor <br> Wilmington, DE 19801 | Dion W. Hayes, Esq. <br> Aaron G. McCollough, Esq. <br> Joseph S. Sheerin, Esq. <br> McGUIREWOODS LLP <br> 800 East Canal Street <br> Richmond, VA 23219 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address: 824 N. Market Street <br> 5th Floor <br> Wilmington, DE 19801 | Room: Zoom/Courtroom #4 <br><br> Date and Time: To Be Determined |
|---|---|

---

[1] Due to the large number of debtor entities in the chapter 11 cases, a complete list of the Debtors is not provided herein. A full list of the Debtors (collectively the "Debtors") in these proceedings is available at Annex A of the Chapter 11 Voluntary Petition of Vesttoo Ltd., filed at D.I. 1 in Case No. 23-11160.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
Court for the District
of Delaware**

/s/ Stephen L. Grant
*Clerk of the Bankruptcy Court*

Date: August 22, 2025